DAVID L. ANDERSON
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8985
    Facsimile: (415) 744-0134
    E-Mail: Michael.Marriott@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADRIENNE HURTADO, | Civil No. 5:18-cv-06593-NC |
| Plaintiff, | **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g); ORDER** |
| v. | |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g).

Stipulation for Voluntary Remand

1

Upon remand to the defendant, the Appeals Council will remand this case to an Administrative Law Judge with instructions to reevaluate the medical opinion evidence, including reconsidering and explaining the weight given to the opinions of Dr. Jeffery Karon and Dr. Lara Salamacha. The ALJ shall then reevaluate Plaintiff's symptom testimony, reassess Plaintiff's residual functional capacity, proceed with the remaining steps of the sequential evaluation process, and as necessary, obtain additional vocational expert testimony.

Respectfully submitted,

Date: November 25, 2019         By: */s/ Lisa Susan Douglass*\*
                                    LISA SUSAN DOUGLASS
                                    *\* By email authorization on November 25, 2019*
                                    Attorney for Plaintiff

Date: November 25, 2019              DAVID L. ANDERSON
                                     United States Attorney

                                By: */s/ Michael K. Marriott*
                                    MICHAEL K. MARRIOTT
                                    Special Assistant United States Attorney
                                    Attorneys for Defendant

Of Counsel
Jeffrey Chen
Assistant Regional Counsel
Social Security Administration

ORDER

APPROVED AND SO ORDERED:

DATED: November 25, 2019
                                    _____
                                    HONORABLE NATHANAEL M. COUSINS
                                    UNITED STATES MAGISTRATE JUDGE

Stipulation for Voluntary Remand

**GRANTED**
Judge Nathanael M. Cousins